THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
Michael A. Correia (SBN 321169)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com
mike@karlinlaw.com
mac@karlinlaw.com

Attorneys for Defendant: JDP 790 Santa Clara, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Ronald St. Pierre, | Case No. 2:19-cv-04747-RSWL-KS |
|---|---|
| Plaintiff, | ~~DEFENDANT'S RULE 68 OFFER OF~~ JUDGMENT |
| vs. | |
| JDP 790 Santa Clara, LLC, a California Limited Liability Company; and Does 1-10, | Trial Date: None Set |
| Defendants. | |

TO PLAINTIFF RONALD ST. PIERRE, AND HIS ATTORNEY OF RECORD:

RECEIVED
SEP 0 5 2019

1
2:19-cv-04747-RSWL-KS -- RULE 68 OFFER OF JUDGMENT

Defendant JDP 790 Santa Clara, LLC, a California Limited Liability Company ("Defendant") hereby offers to allow entry of judgment to be taken against it pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

Judgment entered in favor of Plaintiff and against Defendant JDP 790 Santa Clara, LLC in the amount of $4,100.00 plus allowable costs, which may include allowable attorney's fees, to be determined by the Court. Plaintiff may apply to the Court for a determination of costs (including its allowable attorney fees) per code and rules of the Court.

Additionally, said judgment shall include the following injunctive relief. A Court order that:

Within a reasonable amount of time, but no later than 6 months after the issuance of said order, Defendant shall make the following changes to 790 E. Santa Clara Street, Ventura, CA 93001 ("Subject Property"), all in compliance with the 2010 Americans with Disabilities Act Standards and the 2016 California Building Code:

a) Provide one compliant van accessible space and access aisle; and

b) Provide a compliant path of travel from the accessible space to the Subject Property.

The time for completion of the above construction and changes may be modified by the Court only for good cause shown by a party, upon notice and after hearing.

This offer of judgment is made for the purposes specified in Federal Rules of Civil Procedure 68, and shall not be construed as either an admission that Defendant is liable in this action, or that Plaintiff has suffered any damages. This offer of judgment is intended to resolve all of Plaintiff's claims against all named and unnamed Defendants in this action, including without limitation any and all claims for compensatory damages, statutory damages, attorney's fees, litigation expenses and costs of suit.

If Plaintiff does not accept this offer, they may become obligated to pay Defendants' costs incurred after the making of this offer.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date of this offer being served.

DATED: August 30, 2019

THE KARLIN LAW FIRM LLP

By: /s/ Michael A. Correia
Michael A. Correia, Esq.
Attorneys for Defendant

October 29, 2019

KIRY K. GRAY,
CLERK OF U.S. DISTRICT COURT

*Sharon Hall Brown*
DEPUTY CLERK